IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re VAN MONROE WASHINGTON,

    Plaintiff.

No. C 08-4740 WHA (PR)

**ORDER CLOSING CASE**

This case was opened when Van Monroe Washington, a California inmate, wrote a letter to Senior Judge Thelton Henderson of this court regarding his medical difficulties. He says "I just need medical care, and not any like § 1983, so clearly can I get some help please." It thus is apparent that Washington did not intend to commence a new case.

Washington is a member of the class in the case of *Plata v. Schwarzenegger*, No. C 01-1351-TEH, which presumably is why he wrote to Judge Henderson. *Plata* is the case in which the court has appointed a receiver to run the California prison medical care system. As a class member, he should submit his claims to the class counsel, Donald H. Specter, Prison Law Office, General Delivery, San Quentin, CA 94964, rather than writing to the judge.

This case is **DISMISSED** without prejudice as opened in error. No fee is due. Washington may ignore the clerk's notice regarding the filing fee.

**IT IS SO ORDERED.**

Dated: October   21  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\WASHINGTON4740.DSM.wpd